1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
2  JOHN GLUGOSKI (Cal. State Bar No 191551)
   MICHAEL RIGHETTI (Cal. State Bar No. 258541)
3  RIGHETTI GLUGOSKI, P.C.
   456 Montgomery Street, Suite 1400
4  San Francisco, California 94104
   Telephone: (415) 983-0900
5  Facsimile: (415) 397-9005
   mike@righettilaw.com
6
7  Attorney for Plaintiff
   Curtis Patton
8
   JEFFREY D. WOHL (Cal. State Bar No. 096838)
9  JUSTIN M. SCOTT (Cal. State Bar No. 302502)
   PAUL HASTINGS LLP
10 55 Second Street, 24th Floor
   San Francisco, California 94105-3441
11 Telephone: (415) 856-7000
12 Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
13 justinscott@paulhastings.com
14
   Attorneys for Defendant
15 Rite Aid Corporation

16
17                  UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
18
19
20 | CURTIS PATTON,                  | No. 2:14-cv-04186-MWF-(JEMx)
21 |           Plaintiff,            | [~~PROPOSED~~] ORDER ON
                                      STIPULATED PROTECTIVE
22 |     vs.                         | ORDER
23 | RITE AID CORPORATION,           |
                                      Judge:    Hon. Michael W. Fitzgerald
24 |           Defendant.            |

25
26
27
28
                                              ORDER ON STIPULATED
                                                 PROTECTIVE ORDER
                              U.S.D.C., C.D. CAL. NO. 2:14-cv-04186-MWF-(JEMx)

LEGAL_US_W # 85184152.1

1   Pursuant to Stipulation, it is so Ordered that the Parties are bound by the
2   Stipulated Protective Order.
3
4   Dated: April 13, 2016.
5
                                                _____
6                                                United States District Judge
                                                 Hon. Michael W. Fitzgerald
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28