1 | MATTHEW RIGHETTI (Cal. State Bar No. 121012)
2 | JOHN GLUGOSKI (Cal. State Bar No. 191551)
  | MICHAEL RIGHETTI (Cal. State Bar No. 258541)
3 | RIGHETTI·GLUGOSKI, P.C.
  | 456 Montgomery Street, Suite 1400
4 | San Francisco, California 94104
  | Telephone: (415) 983-0900
5 | Facsimile: (415) 397-9005

JS-6

6
7 | Attorneys for Plaintiff
  | Curtis Patton

8  | JEFFREY D. WOHL (Cal. State Bar No. 096838)
9  | JUSTIN M. SCOTT (Cal. State Bar No. 302502)
   | PAUL HASTINGS LLP
10 | 55 Second Street, 24th Floor
   | San Francisco, California 94105-3441
11 | Telephone: (415) 856-7000
   | Facsimile: (415) 856-7100
12 | jeffwohl@paulhastings.com
13 | justinscott@paulhastings.com

14 | Attorneys for Defendant
   | Rite Aid Corporation
15

16 | UNITED STATES DISTRICT COURT
17 | CENTRAL DISTRICT OF CALIFORNIA
18

| CURTIS PATTON, an individual, | No. 2:14-cv-04186-MWF-(JEMx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | Judge: Hon. Michael W. Fitzgerald |
| RITE AID CORPORATION, and DOES 1 through 50, Inclusive, | Dept.: 5A |
| Defendants. | Complaint Filed: May 3, 2013 |

1  Pursuant to the stipulation of the parties, and good cause appearing therefor,

2  IT IS ORDERED that this action be and hereby is DISMISSED WITH

3  PREJUDICE, each side to bear its own costs and attorneys' fees.

5  Dated: March 7, 2017

   _____
   Hon. Michael W. Fitzgerald
   United States District Judge